IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | Case No. 3:23-cv-60-TES |
| | * |
| KENNETH A. BEALL and DEBORAH D. BEALL, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 29, 2024 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $462,657.00 . The amount shall accrue interest from the date of entry of judgment at the rate of 4.41% per annum until paid in full.

This 30th day of August, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk